

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Yvonne Christina Rodriguez,            * From the 91st District Court
                                         of Eastland County,
                                         Trial Court No. 23977.

Vs. No. 11-16-00130-CR                 * January 20, 2017

The State of Texas,                    * Per Curiam Memorandum Opinion
                                         (Panel consists of: Wright, C.J.,
                                         Willson, J., and McCall, sitting
                                         by assignment)
                                         (Bailey, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.